

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CARLOS PAZ SORIA, | § | No. 08-15-00354-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02411) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **May 18, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Greg Anderson, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before May 18, 2016.

IT IS SO ORDERED this 14th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.